**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRLAN, a California Limited Partnership, d.b.a. VINEYARD VALLEY CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>AFFILIATED FM INSURANCE COMPANY, a corporation; AXIS SPECIALTY U.S. SERVICES, INC., a corporation; and DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-119-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 31, 2009

                                                           VIRGINIA A. PHILLIPS
United States District Judge